**GREEN v. STATE.**

No. 18073.

Court of Criminal Appeals of Texas.

March 18, 1936.

J. Truett Barber, of Colorado, Tex., for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction was for the sale of intoxicating liquor, punishment assessed at one year in the penitentiary.

Since this conviction, the law upon which prosecution was predicated has been repealed. See Meadows v. State (Tex.Cr. App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.